```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 26301
   MELISSA RUIZ
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-9768


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 10/01/2008 and was not confirmed.

     The case was dismissed without confirmation 02/04/2009.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------

ILLINOIS TITLE LOANS       SECURED VEHIC      3830.17          .00            .00
INTERNAL REVENUE SERVICE   PRIORITY           7009.13          .00            .00
INTERNAL REVENUE SERVICE   UNSECURED         61363.35          .00            .00
ADVOCATE CHRIST MEDICAL    UNSECURED        NOT FILED          .00            .00
ECAST SETTLEMENT CORP      UNSECURED           801.18          .00            .00
CAPITAL ONE                UNSECURED        NOT FILED          .00            .00
CHICAGO RIDGE RADIOLOGY    UNSECURED        NOT FILED          .00            .00
LVNV FUNDING               UNSECURED          7333.63          .00            .00
CITIFINANCIAL              NOTICE ONLY      NOT FILED          .00            .00
DRIVE FINANCIAL SERVICES   UNSECURED        NOT FILED          .00            .00
FASHION BUG                UNSECURED        NOT FILED          .00            .00
FCNB MASTERTRUST           UNSECURED          1031.99          .00            .00
FIRST NATIONAL BANK OF M   UNSECURED        NOT FILED          .00            .00
PREMIER BANKCARD           UNSECURED           515.70          .00            .00
HOLLYWOOD VIDEO            UNSECURED        NOT FILED          .00            .00
HSBC                       UNSECURED        NOT FILED          .00            .00
HSBC NV                    UNSECURED        NOT FILED          .00            .00
ECAST SETTLEMENT CORP      UNSECURED           460.17          .00            .00
ILLINOIS DEPT OF REVENUE   UNSECURED        NOT FILED          .00            .00
SPRINT NEXTEL              UNSECURED           182.75          .00            .00
NICOR GAS                  UNSECURED        NOT FILED          .00            .00
PLAINS COMMERCE BANK       UNSECURED        NOT FILED          .00            .00
RADIOLOGICAL PHYSICIANS    UNSECURED        NOT FILED          .00            .00
RENDERED SERVICES INC      UNSECURED        NOT FILED          .00            .00
SEVENTH AVENUE             UNSECURED        NOT FILED          .00            .00
VYRIDIAN REVENUE MANAGEM   UNSECURED        NOT FILED          .00            .00
WASHINGTON MUTUAL/PROVID   UNSECURED        NOT FILED          .00            .00
WOMENS WORKOUT WORLD       UNSECURED        NOT FILED          .00            .00
COMMONWEALTH EDISON        UNSECURED           950.28          .00            .00
FIRST CONSUMERS NATIONAL   UNSECURED           800.52          .00            .00
INTERNAL REVENUE SERVICE   SECURED NOT I      9619.83          .00            .00
ECAST SETTLEMENT CORP      UNSECURED          1632.37          .00            .00
ECAST SETTLEMENT CORP      UNSECURED           654.63          .00            .00
WESTERN HILLS MED CNT      UNSECURED        NOT FILED          .00            .00
WESTERN HILLS MEDICAL      NOTICE ONLY      NOT FILED          .00            .00

                       PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 26301 MELISSA RUIZ
```

```
ZALUTSKY & PINSKI LTD      REIMBURSEMENT     354.00                  .00           .00
ZALUTSKY & PINSKI LTD      DEBTOR ATTY     2,500.00                                .00
TOM VAUGHN                 TRUSTEE                                                 .00
DEBTOR REFUND              REFUND                                                  .00
```

Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                             RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                         .00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                                .00
DEBTOR REFUND                                       .00
                          ---------------     ---------------
TOTALS                          .00                 .00

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                /s/ Tom Vaughn
   Dated: 03/05/09              _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 08 B 26301 MELISSA RUIZ